83,469-01

Court of Criminal Appeals
P.O Box 12308
Capitol Station
Austin, Tx 78711

This document contains some pages that are of poor quality at the time of imaging.

Cause #(1264798.)

Now comes I, (Christopher R. Hayes.) cause #(1264798.) my post conviction Application for writ of Habeas corpus was received by Harris County and filed on (4-10-14) Then, on or about the day of (5-15-14), my lawyer, (mr. Colin Amann) was ordered to file an affidavit to summarize his actions as my counsel for I the Applicant, (Christopher R. Hayes) in the primary case. cause #(1264798.)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 12 2015

Abel Acosta, Clerk

THE COUNSEL'S AFFIDAVIT WAS
due on, (6-4-14), But HE
Filed an Extension For
(90) days until (9-4-14).
THE COUNSEL, (COLIN AMANN)
still Havent Filed THE SAID
AFFidavit and THE 11.07
HAS it BEEN SENT to THE
Court of CRIMINAL APPEALS
For CONSIDERATION pursuant
to article 11.07 of THE
TEXAS Code of CRIMINAL
PROCEDURES.

                CHRISTOPHER HAYES
    X Christopher Hayes #1697359
DolpH BRISCOE UNIT
        1459 WEST HWY 85
        Dilley, TX 78017